COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Patrick Olajide Akinwamide v. Transportation Insurance Company, CNA Insurance Company, and Automatic Data Processing Inc.

Appellate case number:    01-15-00066-CV

Trial court case number:   1997-48526

Trial court:               80th District Court of Harris County

On July 9, 2015, this Court granted the motion by appellant, Patrick Olajide Akinwamide, proceeding *pro se,* to supplement the clerk's record and to abate the case to settle the dispute over inaccuracies in the reporter's record for the show cause hearing, held on October 24, 2014. *See* TEX. R. APP. P. 34.5(c)(1), 34.6(e)(3). On July 23, 2015, a compliant supplemental clerk's record with all Exhibits A-K to "Plaintiff's Motion to Set Aside the Final Judgment" was filed in this Court. *See id.* (c)(3). On September 16, 2015, appellant filed a motion to compel the trial court and court coordinator to comply with our July 9, 2015 Order of Abatement. On October 5, 2015, a compliant supplemental reporter's record containing the complete show cause hearing and a separate exhibit volume for that hearing, held on October 24, 2014, were filed in this Court. *See id.* 34.6(d), (e)(2).

Accordingly, we **REINSTATE** this case on this Court's active docket. Appellant's motion to compel is **DISMISSED AS MOOT**.

Furthermore, appellant's brief is **ORDERED** to be filed no later than **30 days** from the date of this order. *See* TEX. R. APP. P. 2, 38.6(a)(2), (d). Appellee's brief, if any, is **ORDERED** to be filed no later than **30 days** from the filing of appellant's brief. *See id.* 38.6(b).

It is so **ORDERED**.

Judge's signature: /s/ Evelyn V. Keyes
                           ☑ Acting individually     ☐ Acting for the Court
Date: October 20, 2015